UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 08-10282-MLW |
| | ) | |
| HOWARD RICHMAN | ) | |

## NOTICE OF APPEAL

Notice is hereby given that the defendant, Howard Richman, appeals to the United States Court of Appeals for the First Circuit from a sentence imposed in the above-captioned case on October 6, 2009.

        HOWARD RICHMAN,
        Respectfully submitted,
        by his attorney


        /s/ Ian Gold
        Ian Gold, Esq.
        BBO# 665948
        FEDERAL DEFENDER OFFICE
        51 Sleeper Street, 5th Floor
        Boston, MA 02210
        617-223-8061
        ian_gold@fd.org


## CERTIFICATE OF SERVICE

I, Ian Gold, hereby certify that this document filed through the ECF system will be sent electronically to the registered participant, Assistant United States Attorney James Dowden, as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants by hand delivery on October 9, 2009.

        /s/ Ian Gold
        Ian Gold